433 A.2d 110

Commonwealth v. Giddens, Appellant.

492

 Submitted December 6, 1979. Robert Lee Moore, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.